IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEROME CLAY,

    Plaintiff,

v.

AT&T COMMUNICATIONS OF CALIFORNIA, INC., et al.,

    Defendants.

No. 2:12-cv-2027 JAM KJN PS

ORDER

On March 4, 2013, the parties filed a notice of settlement indicating that they have reached a private settlement of the matter, and that upon completion of a final, written settlement agreement, the parties will file a stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.[1] (Dkt. No. 32.) The parties anticipate filing the stipulation of dismissal on or before April 28, 2013 (which falls on a Sunday). (Id.)

Accordingly, IT IS HEREBY ORDERED that:

1. Any scheduled dates in this action are VACATED.

---

[1] Although the parties indicate that they will also submit a proposed order, this is unnecessary, because a stipulation of dismissal signed by all parties who have appeared effectively dismisses the action without a court order. See Fed. R. Civ. P. 41(a)(1)(A)(ii).

1

2. The parties shall file dispositional documents, including any stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii), no later than April 29, 2013.  Failure to file dispositional documents by that deadline, or to file a timely request for an extension of that deadline supported by good cause, may result in dismissal of the action without prejudice.  See E.D. Cal. L.R. 160(b).

IT IS SO ORDERED.

DATE:  March 5, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2