1  JEROME CLAY
2  4143 Riverbrook Ct.
   Stockton, California  95219
3  Telephone:  (209) 603-9852
   Plaintiff *in Propria Persona*

4

5  J. MICHAEL NAVE (SBC 119369)
   michael.nave@att.com
6  AT&T SERVICES, INC.-LEGAL DEPARTMENT
   1215 K Street, Suite 1800
7  Sacramento, California  95814
   Telephone:  (916) 341-3440
8  Facsimile:  (916) 443-6836
   Attorneys for Defendants

9  PACIFIC BELL TELEPHONE COMPANY,
   (erroneously sued as "AT&T COMMUNICATIONS
10 OF CALIFORNIA, INC.) and SEDGWICK CLAIMS
   MANAGEMENT SERVICES, INC.

**E-FILE**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| JEROME CLAY, | CASE NO.  12-CV-02027-JAM-KJN |
|---|---|
| Plaintiff, | |
| v. | **JOINT STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE** |
| AT&T COMMUNICATIONS OF CALIFORNIA, INC. AND SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., | [Fed. R. Civ. P. 41(a)(1)(ii)] |
| Defendants. | |

THE PARTIES TO THIS ACTION, Plaintiff *in Propria Persona,* JEROME CLAY ("Plaintiff"), and Defendants PACIFIC BELL TELEPHONE COMPANY (erroneously sued as AT&T COMMUNICATIONS OF CALIFORNIA, INC.), and SEDGWICK CLAIMS MANAGEMENT SERVICES, INC. ("Defendants"), through their designated counsel,

stipulate and agree that all claims brought by Plaintiff against Defendants in this action be and hereby are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

      THE PARTIES FURTHER STIPULATE and agree to bear their own costs and attorneys' fees.

      IT IS SO STIPULATED.

DATED: April 8, 2013                      /s/ J. Michael Nave

J. MICHAEL NAVE
AT&T SERVICES INC.-LEGAL DEPARTMENT
ATTORNEY FOR DEFENDANTS
PACIFIC BELL TELEPHONE COMPANY
AND SEDGWICK CLAIMS
MANAGEMENT SERVICES, INC.

DATED: April 10, 2013                    /s/Jerome Clay

JEROME CLAY
PLAINTIFF *in Propria Persona*

      PURSUANT TO STIPULATION IT IS SO ORDERED.

DATED: April 16, 2013                    /s/ John A. Mendez

HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF
CALIFORNIA

#578835